# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ARA R. DAYIAN, M.D., BUCKNER FAMILY MEDICAL ASSOCIATION, P.A. D/B/A PATIENT'S CHOICE FAMILY MEDICINE AND REHAB | § § § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 3:16-cv-845 |
| v. | § § | |
| SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. D/B/A SOUTHWEST MEDICAL PROVIDER NETWORK | § § § § | |
| *Defendant*. | § | |

## DEFENDANT SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. D/B/A SOUTHWEST MEDICAL PROVIDER NETWORK'S NOTICE OF REMOVAL

Defendant Sedgwick Claims Management Services, Inc. d/b/a Southwest Medical Provider Network ("Defendant" or "Sedgwick") files this Notice of Removal:

1. On February 15, 2016, Ara R. Dayian, M.D., Buckner Family medical Association, P.A. d/b/a Patient's Choice Family Medicine and Rehab ("Plaintiffs"), filed this lawsuit in Dallas County, Texas, naming Sedgwick as a defendant. The lawsuit alleges that Sedgwick breached a medical network provider agreement and seeks injunctive relief related to the same.

2. On March 2, 2016, Plaintiffs filed its Amended Original Petition and Emergency Application for Temporary Restraining Order and Temporary and Permanent Injunctive Relief.

3. Defendant Sedgwick files this notice of removal within thirty days of March 2, 2016. *See* 28 U.S.C. § 1446. This Notice of Removal is being filed within one year of the commencement of this action. *See id*.

4. All pleadings, process, orders, and other filings in the state court action are attached to this Notice, as required by 28 U.S.C. § 1446(a). All such documents are fully incorporated herein by reference and as if fully set forth herein.

5. A copy of this Notice is also concurrently being filed with the state court and served upon the Plaintiff.

6. Venue is proper in this Court under 28 U.S.C. § 1441(a) because this district and division embrace Dallas County, Texas, the place where the removed action has been pending.

## BASIS FOR REMOVAL

7. Removal is proper based on diversity of citizenship under 28 U.S.C. §§ 1332(a), 1441(a) and 1446.

8. Plaintiffs are a professional association whose principal place of business is in Dallas County, Texas. (Ex. C-1 ¶ 3,4.)

9. Defendant Sedgwick is a foreign, for-profit corporation that is incorporated in Illinois and whose principal place of business is in Memphis, Tennessee.

10. Plaintiffs' petition alleges that Defendant breached a medical network provider agreement and seeks injunctive relief related to the same.

11. Sedgwick is the only Defendant. Thus, no consent to removal from other defendants is required.

12. Accordingly, all requirements are met for removal under 28 U.S.C. §§ 1332 and 1441.

## CONCLUSION AND PRAYER

Accordingly, Defendant hereby removes this case to this Court for trial and determination.

Respectfully submitted,

**WINSTEAD PC**

By: */s/ Bruce R. Wilkin*
    Bruce R. Wilkin
    State Bar No. 24053549
    bwilkin@winstead.com
    Justin K. Ratley
    State Bar No. 24093011
    jratley@winstead.com
    1100 JPMorgan Chase Tower
    600 Travis Street
    Houston, Texas 77002
    Telephone:  713.650.8400
    Facsimile:  713.650.2400

**ATTORNEYS FOR DEFENDANT SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. D/B/A SOUTH WEST MEDICAL PROVIDER NETWORK**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing instrument was served on all counsel of record via email and in accordance with the Texas Rules of Civil Procedure on this 25th day of March, 2016.

Lawrence J. Friedman    *Via Email*
Jason H. Friedman
Friedman & Feiger, LLP
5301 Spring Valley Road, Suite 200
Dallas, TX  75254
Telephone: (972) 788-1400
Facsimile: (972) 788-2667
lfriedman@fflawoffice.com
jfriedman@fflawoffice.com


    */s/ Bruce R. Wilkin*
    Bruce R. Wilkin