IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARA R. DAYIAN, M.D., BUCKNER FAMILY MEDICAL ASSOCIATION, P.A. D/B/A PATIENT'S CHOICE FAMILY MEDICINE AND REHAB | § § § § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. |
| v. | § § | 3:16-cv-845 |
| SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. D/B/A SOUTHWEST MEDICAL PROVIDER NETWORK | § § § § § § | |
| *Defendant*. | § § | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs and Defendants hereby agree and stipulate to the dismissal without prejudice of all claims asserted by all parties and that each party shall bear its own costs, attorneys' fees, and expenses.

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| **FRIEDMAN &FEIGER, LLP** | **WINSTEAD PC** |
| By: */s/ Lawrence J. Friedman* <br> Lawrence J. Friedman <br> Jason H. Friedman <br> 5301 Spring Valley Road, Suite 200 <br> Dallas, TX  75254 <br> Telephone: (972) 788-1400 <br> Facsimile: (972) 788-2667 <br> lfriedman@fflawoffice.com <br> jfriedman@fflawoffice.com <br><br> ATTORNEYS FOR PLAINTIFF ARA R. DAYIAN, M.D., BUCKNER FAMILY MEDICAL ASSOCIATION, P.A. D/B/A PATIENT'S CHOICE FAMILY MEDICINE AND REHAB | By:  */s/ Bruce R. Wilkin(by permission)* <br> Bruce R. Wilkin <br> State Bar No. 24053549 <br> bwilkin@winstead.com <br> Justin K. Ratley <br> State Bar No. 24093011 <br> jratley@winstead.com <br> 1100 JPMorgan Chase Tower <br> 600 Travis Street <br> Houston, Texas 77002 <br> Telephone:  713.650.8400 <br> Facsimile:  713.650.2400 <br><br> ATTORNEYS FOR DEFENDANT SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. D/B/A SOUTH WEST MEDICAL PROVIDER NETWORK |